AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States of America )
v. )
JACOB MATTHEW MARTINEZ & ) Case No.
MIGUEL ANGEL SANCHEZ )  M-11-2510-M
)
)

*Defendant(s)*

United States District Court
Southern District of Texas
FILED

AUG 18 2011

David J. Bradley, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  05/16/2011  in the county of  HIDALGO  in the  SOUTHERN  District of  TEXAS , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 1951 | The Hobbs Act prohibits actual or attempted robbery or extortion affecting interstate or foreign commerce. Defendants violated this code section by participating in the robbery of the Deutsch and Deutsch jewelry store in McAllen, Texas on or about May 16, 2011, including the taking of Rolex watches manufacturered outside the United States, which affected interstate and foreign commerce. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael J. Lasiweicki, Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/18/2011

_____
Judge's signature

City and state:  McAllen, Texas

Dorina Ramos, United States Magistrate Judge
*Printed name and title*

AFFIDAVIT

I, Michael J. Lasiewicki, Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been a Special Agent with the FBI for approximately six years. I am currently assigned to a squad dedicated to the investigation of, among other matters, violations of Title (18 U.S.C. § 1951) which prohibits actual or attempted robbery or extortion affecting interstate or foreign commerce.

2. The information contained in this affidavit is based on my personal observations, conversations with other law enforcement officials involved in this investigation, documents provided to me in my official capacity, interviews with cooperating witnesses, and on my experience as a FBI Special Agent.

3. This affidavit is being submitted for the limited purpose of establishing probable cause to arrest **JACOB MATTHEW MARTINEZ** and **MIGUEL ANGEL SANCHEZ** for the robbery of the Deutsch and Deutsch Jewelry Store on May 16, 2011. I have set forth the facts that I believe establish probable cause to believe that **JACOB MATTHEW MARTINEZ** and **MIGUEL ANGEL SANCHEZ** participated in the Deutsch and Deutsch jewelry store robbery on May 16, 2011 in violation of 18 U.S.C. § 1951. However, I have not set forth all facts known or otherwise discovered during this ongoing investigation.

4. Title 18 U.S.C. § 1951 prohibits actual or attempted robbery or extortion affecting interstate or foreign commerce. Section 1951 also proscribes conspiracy to commit robbery or extortion without reference to the conspiracy statute at 18 U.S.C. § 371.

5. On Monday, May 16th, 2011 at approximately 10:16am, McAllen Police Officers responded to the Deutsch and Deutsch Jewelry Store inside the La Plaza Mall located at 2201 South 10th Street Suite K2, McAllen, Hidalgo County, Texas, and within the Southern District of Texas, in regards to a robbery that had just occurred. The employees reported that several males forced their way into the display cases and stole numerous Rolex watches and pieces of diamond jewelry. Rolex watches are manufactured outside of the United States and are delivered into the United States via foreign commerce. Numerous, if not all of the taken Rolex watches, were initially delivered to a state

other than Texas, then to Texas, thus affecting interstate commerce. A full inventory of the stolen items revealed that the Rolex watches and the diamond jewelry were valued over $1,000,000 U.S. dollars. Video surveillance footage revealed one of the males, identified as **MIGUEL ANGEL SANCHEZ,** wearing a long sleeve red shirt with a black and white square design on the front and white lettering on the right sleeve. **MIGUEL ANGEL SANCHEZ** is also wearing what appears to be grey canvas shoes with white laces and carrying an olive green duffle bag with a black bottom and black straps. **MIGUEL ANGEL SANCHEZ** is seen using a gray Stanley Fu-Bar to make entry into the Rolex display cases and then is seen placing Rolex watches inside the duffle bag.

6. During the course of the investigation, detectives discovered that a grey Ford F-250 displaying Texas License Plates 67TZT6, which was recovered minutes later at the 1100 block of West Kennedy, was used in the commission of the crime. Detectives later determined that the grey Ford F-250 had been stolen from McAllen, TX, on May 15, 2011. Two witnesses also reported seeing a silver Jeep Commander parked at the same location where the grey Ford F-250 was recovered.

7. Video surveillance footage was then reviewed from local businesses and hotels near the area where the grey Ford F-250 was recovered. Video surveillance shows that on Monday, May 16, 2011, at around 10:00am, the grey Ford F-250 and the silver Jeep Commander are seen leaving the Comfort Suites parking lot located at 800 W. EXP. 83, McAllen, TX 78501 onto 9th Street and west on Lindberg. Both vehicles then cross 10th street traveling west to the 1100 block of Kennedy. The grey Ford F-250 is being followed by the silver Jeep Commander. A few minutes later the video footage outside La Plaza Mall captures the grey Ford F-250 traveling by itself west on Toronto from 10th Street. The grey Ford F-250 then parks by the food court entrance. The video footage inside the food court captures four males entering the mall at which time the robbery is committed at Deutsch and Deutsch. Witnesses then see the four males get into the grey Ford F-250. The outside mall video footage captures the grey Ford F-250 going east through the parking lot. At around 10:19am, the silver Jeep Commander is seen traveling east in the 1100 block of Kennedy from the area where the grey Ford F-250 was recovered and continues east on Lindberg and south on 9th Street towards the hotel from where the silver Jeep Commander and grey Ford F-250 had come from.

8. On Sunday, May 15, 2011, in the evening, the video footage inside the Comfort Suites captures a male, identified

through the investigation as **MIGUEL ANGEL SANCHEZ,** wearing a long red sleeve shirt with a white and black design on the front. The lettering on the right sleeve is similar to the lettering one of the males wore during the robbery. **MIGUEL ANGEL SANCHEZ** is shown on video carrying what appears to be a similar duffle bag that was used in the robbery. **MIGUEL ANGEL SANCHEZ** is seen entering and exiting room #104 Comfort Suites.

9. On Monday, May 16, 2011, just minutes prior to the robbery, video footage shows **MIGUEL ANGEL SANCHEZ** exiting room #104 Comfort Suites and walking out of the hotel wearing jeans, what appears to be the same grey canvas shoes with white laces and carrying the same duffle bag used in the robbery. **MIGUEL ANGEL SANCHEZ** is accompanied by a male identified as **JACOB MATTHEW MARTINEZ.** **JACOB MATTHEW MARTINEZ'** physical and clothing descriptors match the male who acted as lookout inside Deutsch and Deutsch during the robbery. Shortly after the robbery, both males are seen returning back to room #104 Comfort Suites. The time both **MIGUEL ANGEL SANCHEZ** and **JACOB MATTHEW MARTINEZ** are seen leaving the hotel coincides with the time the stolen Ford F-250 and the silver Jeep Commander are seen leaving the parking lot of Comfort Suites. The time that both **MIGUEL ANGEL SANCHEZ** and **JACOB MATTHEW MARTINEZ** return to the hotel coincide with the time the silver Jeep Commander returns back to the hotel.

10. Investigation revealed that a **MIGUEL ANGEL SANCHEZ** with an address in San Antonio checked into room #104 Comfort Suites the evening on May 15, 2011 and checked out the next morning. The investigation led to **MIGUEL ANGEL SANCHEZ** with a date of birth of December 12, 1974 matching the same address he provided at the hotel. A Texas Drivers License photo was obtained of **MIGUEL ANGEL SANCHEZ**. The investigation identified **MIGUEL ANGEL SANCHEZ** from the driver's license photo as the same person in the Comfort Suites hotel on May 15, 2011 and May 16, 2011, wearing the red long sleeve shirt, wearing the grey canvas shoes with white laces and carrying the olive green duffle bag. **MIGUEL ANGEL SANCHEZ'** physical structure as seen in the hotel video is consistent with the same physical structure of the male wearing the red long sleeve shirt during the robbery.

11. Detectives later learned from San Antonio Detectives that the same **MIGUEL ANGEL SANCHEZ,** date of birth of December 12, 1974 was positively identified through DNA analysis as a suspect in a San Antonio jewelry store robbery investigation that occurred on April 26, 2011 in which multiple suspects used the same modus operandi as in the Deutsch and Deutsch case.

12. Crime Scene Investigators obtained blood samples from the Rolex and jewelry display cases that were targeted by the suspects. The blood samples were examined by the Texas Department of Public Safety (DPS) lab. A match occurred between the DNA profiles from the April 26, 2011 San Antonio jewelry store robbery, the May 16, 2011 Deutsch and Deutsch robbery, and a known sample from **MIGUEL ANGEL SANCHEZ**.

13. On Thursday, June 2, 2011, McAllen Police Detectives traveled to San Antonio, TX and interviewed one of the females seen at the Comfort Suites hotel in McAllen with a male who was later identified through the investigation as **JACOB MATTHEW MARTINEZ**. After Detectives spoke to the female and her associates, the name of **JACOB MATTHEW MARTINEZ** date of birth March 20th, 1975 was developed. A mug shot and a TX identification photo of **JACOB MATTHEW MARTINEZ** was obtained and McAllen Police Detectives identified **JACOB MATTHEW MARTINEZ** as the same person in the video footage at the Deutsch and Deutsch Jewelry Store giving the verbal commands and concealing the yellow Fu-Bar.

14. On August 3, 2011 **JACOB MATTHEW MARTINEZ** was taken into custody by the San Antonio Police Department. On August 4, 2011, **JACOB MATTHEW MARTINEZ** confessed his involvement in the Deutsch and Deutsch Jewelry Store robbery in McAllen, Texas on May 16, 2011.

15. Wherefore, your affiant asks for the issuance of a warrant authorizing him to arrest the said **JACOB MATTHEW MARTINEZ** and **MIGUEL ANGEL SANCHEZ**. Further your affiant sayeth not.

_____
Michael J. Lasiewicki
Special Agent
Federal Bureau of Investigation